**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
LAURA J. WOLFF, ESQ. (6869)
7440 W Sahara Ave.
Las Vegas, NV 89021
PH: (702) 255-1718
FAX: (702) 255-0871
kbc@cjmlv.com,
ljw@cjmlv.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br>vs.<br><br>SECURITY PLUMBING & AIR CONDITIONING, a Nevada Corporation; MOUNTAIN LION PLUMBING, INC., a Nevada Corporation; HUDSON INSURANCE AGENCY, a New York Corporation; AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania Corporation; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, a New Hampshire Corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; FRANCISCO GONZALEZ- FARIAS, an individual; GABRIELLA NAVARRO, an individual; JOHN DOES I-X and ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:15-cv-01148-LDG-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GREAT AMERICAN INSURANCE COMPANY**<br>**[Fed. R. Civ. P. 41 (a)(1)(A)(i)]**<br><br><br><br><br><br><br><br><br><br>DATE: N/A<br>TIME:  N/A |

The Plaintiffs, Trustees of the Plumbers and Pipefitters National Pension Fund and

International Training Fund, by and through their attorneys, Christensen James & Martin,

1

pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby voluntarily dismiss their claims in the above-entitled action against Defendant Great American Insurance Company with prejudice and Defendant Great American Insurance Company is hereby dismissed from the above-captioned action with prejudice.

DATED this 9th day of October, 2015.

By: /s/ Laura J. Wolff
Laura J. Wolff, Esq.
Nevada Bar No. 6869
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: ljw@cjmlv.com
*Attorneys for Plaintiffs*

ORDER

IT IS SO ORDERED.
DATED this 21 day of October, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge

2